UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BARBARA L. MAJOR TO MAGISTRATE JUDGE MITCHELL D. DEMBIN | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Barbara L. Major to the calendar of the Honorable Mitchell D. Dembin for all further proceedings. All conferences or hearing dates set before Magistrate Judge Major, if any, are now set before Magistrate Judge Dembin. All dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 09cv2566-JLS | Wright v. Grannis et al. |
| 10cv1057-BTM | Warner et al. v. Cnty. of San Diego et al. |
| 10cv2179-DMS | Moyle et al. Liberty Mut. Ret. Benefit Plan et al. |
| 10cv2592-DMS | McMillin Constr. Servs., L.P. et al. v. Arch Specialty Ins. Co. et al. |
| 11cv118-WQH | Macaluso v. Davenport |
| 11cv277-IEG | Waggoner et al. v. Lincoln BP Mgmt., Inc. et al. |
| 11cv619-BTM | Liberty Media Holdings, LLC v. Swarm of Nov. 16, 2010 et al. |

**IT IS SO ORDERED.**

DATED: May 6, 2011

*Barbara F. Major*

BARBARA L. MAJOR
United States Magistrate Judge