Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SWARM OF NOVEMBER 16, 2010, SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8; AND DOES 1 through 95,<br><br>Defendants. | Case No. 11-CV-619-BTM-BLM<br><br>NOTICE OF DISMISSAL OF ACTION AS TO DOE 47 ONLY |

1.   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action as to Defendant Doe 47 only with prejudice.

Dated: May 17, 2011

Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com

1

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on May 17, 2011. As the identities of Defendants are unknown at this time, Plaintiff is unable to serve any defendant.

Dated: May 17, 2011                    Respectfully submitted,

                                       s/ Marc Randazza
                                       Marc J. Randazza, SBN 269535
                                       Randazza Legal Group
                                       3969 Fourth Avenue, Suite 204
                                       San Diego, CA 92103
                                       888-667-1113, 305-437-7662 (fax)
                                       mjr@randazza.com