UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
11 MAY 31 PM 3: 14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORN.

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Barry T. Moskowitz
FROM: R. Uran,   Deputy Clerk   RECEIVED DATE: DEPUTY 5/27/11
CASE NO.: 11CV00619-BTM-MDD   DOCUMENT FILED BY:   IP Address: 75.138.127.108.00
CASE TITLE: Liberty Media Holdings, LLC v. Swarm of November 16, 2010 et al
DOCUMENT ENTITLED: Letter Objecting to Private Info. Being released

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Civil Rule 83.9 - Correspondence and Communication with the Judge is not authorized. |

Date forwarded:  5/27/11

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐  The document is to be filed nunc pro tunc to date received.

☒  The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF  BTM

Dated: 5/31/11   By:
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]



U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, California 92101-8900


May 24, 2011


Dear Sir,


Reference #-11-CV_619-BTM-BLM
IP Address: 75.138.127.108.00


I wish to object to the release of my private information to Liberty Media Holdings, LLC for the following reasons;

1. No such files exist on my PC or any other electronic media or storage media that I possess.
2. I believe that this would be an invasion of my privacy to release such information.


This letter is in reference to the Civil Action No.

11-CV_619-BTM-BLM,

Liberty Media Holdings, LLC

    VS

SWARM OF 11/26/2010; SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8; AND DOES 1 through 95;

..and pertains to the IP address: 75.138.127.108.00


Sincerely,
75.138.127.108.00