Marc J. Randazza, Cal Bar # 269535
Randazza Legal Group
10260 Southern Highlands Parkway #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>           Plaintiff,<br><br>     vs.<br><br>SWARM OF NOVEMBER 16, 2010, SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8; AND DOES 1 through 95,<br><br>           Defendants. | Case No. 11-CV-619-BTM-BLM<br><br>PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PRESENTED BY DEFENDANT, DOE 4, PURSUANT TO FED. R. CIV. P. 68. |

1. Plaintiff Liberty Media Holdings ("Liberty") hereby accepts the entry of judgment to be taken against Doe 4 pursuant to Rule 68 of the Federal Rules of Civil Procedure.

2. The terms of judgment are set forth in Doe 4's Offer of Judgment, received by Liberty via electronic mail on July 20, 2011, and which is attached as Exhibit A to this Notice.

3. Upon Entry of this Judgment, the Plaintiff hereby dismisses Doe 4 from this action with prejudice, and without costs to any party as against the other.

Dated: July 25, 2011

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | s/_____ |
| 3 | Marc J. Randazza, Cal Bar # 269535 |
|   | Randazza Legal Group |
| 4 | 10260 Southern Highlands Parkway #110-454 |
|   | Las Vegas, NV 89141 |
| 5 | 888-667-1113 |
|   | 305-437-7662 fax |
| 6 | mjr@randazza.com |

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on July 25, 2011, and provided via email to counsel for Doe 4, Isaac Lidsky. As the identities of Defendants are unknown at this time, Plaintiff is unable to serve other defendants.

Dated: July 25, 2011         Respectfully submitted,

s/ _____
Marc J. Randazza, Cal Bar # 269535
Randazza Legal Group
10260 Southern Highlands Parkway #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 fax
mjr@randazza.com