Marc J. Randazza, Esq. Cal Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>       Plaintiff,<br><br>vs.<br><br>SWARM OF NOVEMBER 16, 2010, SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8, and DOES 1 through 95,<br><br>       Defendants | Case No. 11-CV-619-BTM-BLS<br><br>STATUS REPORT |

1. Pursuant to this Court's Order (ECF 30), Plaintiff hereby files this status report.

2. On April 29, 2011, the Plaintiff served copies of this Court's Order, a subpoena requesting certain Internet subscriber information, as well as a letter explaining the requirements of the subpoena and Court Order on Charter Communications, Clearwire Corporation, Comcast Cable, Cox Communications, Earthlink, Insight Communications Company, Optimum Online, Qwest Communications, RCN Corporation, Time Warner d/b/a Road Runner, Verizon Internet Services, Wide Open West, and Windstream Communications.

3. On May 3, 2011, RCN Corporation informed Plaintiff that subpoenas to their company must be made out to RCN Telecom Services of New York, LP. Plaintiff corrected the subpoena and sent a new package with the Court's Order, updated subpoena, and letter regarding the requirements of the subpoena to RCN Telecom Services of New York, LP, on May 9, 2011.

4.   On May 3, 2011, Time Warner d/b/a Road Runner replied with objections to the subpoena.

5.   On May 4, 2011, Plaintiff issued an updated subpoena package to Windstream Communications, Inc., to their Los Angeles location.

6.   On May 26, 2011, Clearwire Corporation notified Plaintiff that it was unable to locate any responsive records. As such, no subscriber notices were sent out.

7.   On June 1, 2011, Wide Open West provided subpoena responses to the Plaintiff. On June 2, 2011, Charter Communications provided subpoena responses to the Plaintiff. On June 7, 2011, Insight Communications Company provided subpoena responses to the Plaintiff. On October 21, 2011, Comcast Cable provided subpoena responses to the Plaintiff.

8.   While Plaintiff has asked the remaining ISPs to verify the date that notification was issued to each subscriber, the Plaintiff is still waiting to receive a response.

9.   Currently, the Plaintiff has received subpoena responses from Charter Communications, Clearwire Corporation, Comcast Cable, Insight Communications Company, Time Warner d/b/a Road Runner, and Wide Open West.

10.   Should the Plaintiff be able to verify the date the remaining ISPs sent out notification, Plaintiff will file a supplemental report.

11.   At this point, in light of a recent ruling in Case No. 11-cv-651-IEG-JMA in the Southern District of California at ECF 29, Plaintiff is considering dismissing this action against any Does who do not appear to be in California and refilling against remaining Does in their presumed home jurisdictions or appealing the recent ruling to the 9th Circuit.

Dated: January 20, 2012                    Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, Cal. Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on January 20, 2012.

Dated: January 20, 2012

Respectfully submitted,

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond, Rd., Ste. 102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com