MITCHELL J. LANGBERG (CA Bar No. 171912)
mlangberg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007
Telephone:     (310) 500-4600
Facsimile:      (310) 500-4602

Attorneys for Plaintiff Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, A California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SWARM OF NOVEMBER 16, 2010, SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8, and DOES 1 through 95<br><br>Defendants. | CASE NO.: 3:11-cv-00619-CAB-MDD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Liberty Media Holdings, LLC, ("Plaintiff") hereby submits its voluntary dismissal of the above captioned matter without prejudice. Defendants SWARM OF NOVEMBER 16, 2010, SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8, DOE 20, DOE 38, DOE 61, DOE 66,

///

///

///

DOE 72 AND DOE 93 have not filed answers or responsive pleadings to Plaintiff's Complaint. All other defendants have previously been dismissed (*See* Docket Nos. 7, 9, 10, 15, 22, 23, 24, 28, 29 and 31.

DATED this 5th day of November, 2012.

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____/s/ Mitchell J. Langberg_____
MITCHELL J. LANGBERG (CA Bar No. 171912)
mlangberg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007
Attorneys for Plaintiff Liberty Media Holdings, LLC